# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JOE THOMAS VALLEJO | CIVIL ACTION NO. 23-1580-P |
| VERSUS | JUDGE DOUGHTY |
| STEVEN PRATOR, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 6] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights claims seeking monetary compensation and injunctive relief for his allegedly unconstitutional parole revocation be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the *Heck* conditions are met.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights claims against Agent Thomas for discrimination on April 25, 2022, his civil rights claims arising out of his arrest and detention at the Shreveport City Jail on June 28, 2022, and his civil rights claims for his lost property be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) and for failure to state a claim for which relief can be granted. Plaintiff's civil rights claims regarding the policies of Caddo

Correctional Center, retaliation, denial of access to the courts, and the policies of the Office of Probation and Parole remain pending at this time.

    **THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 3rd day of January 2025.

                                                  _____
                                                  **CHIEF JUDGE TERRY A. DOUGHTY**
                                                  **UNITED STATES DISTRICT COURT**