UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **JOE THOMAS VALLEJO** | **CIVIL ACTION NO. 23-1580-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **STEVEN PRATOR, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 26] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 18] filed by Caddo Parish Sheriff Henry Whitehorn and four Caddo Parish deputies, the Motion to Dismiss [Doc. No. 16] filed by Earl Hawthorn and Sabrina Raborn, and the Motion for Summary Judgment [Doc. No. 23] filed by Gary Westcott, the Secretary of the Department of Public Safety and Corrections, are **GRANTED**, and all claims against all remaining defendants are **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 3rd day of June 2025.

_____
CHIEF JUDGE TERRY A. DOUGHTY
UNITED STATES DISTRICT COURT